P. Kristofer Strojnik, State Bar No. 242728
pstrojnik@strojniklaw.com
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone: (415) 450-0100

Attorneys for Plaintiff
THERESA BROOKE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>VAGHASHIA FAMILY LP,<br><br>Defendant. | Case No: 2:23-cv-8490<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

   NOTICE IS HEREBY GIVEN that Plaintiff voluntarily dismisses the above case with prejudice. Each party to bear their own fees and costs.

   RESPECTFULLY SUBMITTED this 14th day of January, 2024.

                                    /s/ Peter Kristofer Strojnik
                                    Peter Kristofer Strojnik (242728)
                                    Attorneys for Plaintiff